IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA - CENTRAL DIVISION

| | |
|---|---|
| EYIOMA UZAZURIKE, NOAH SHANNON, NELSON BRANDS, TONY CASSIOPPI, JIREHL BROCK, HUNTER DEKKERS, ISIAH LEE, ARLAND BRUCE IV, DODGE SAUSER, DESHAWN HANIKA, ARHON ULIS, AARON BLOM, JACK JOHNSON, JAKE REMSBURG, JEREMIAH WILLIAMS, HARRY BRACY, HOWARD BROWN, KEATON ANTHONY, JACOB HENDERSON, GEHRIG CHRISTENSEN, BENJAMIN TALLMAN, ABE ASSAD, COBE SIEBRECHT, CULLAN SHRIEVER, PATRICK KENNEDY, JAKE ENGLISH,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE OF IOWA, IOWA DEPARTMENT OF PUBLIC SAFETY, IOWA DIVISION OF CRIMINAL INVESTIGATION, and STEPHAN BAYENS, PAUL FEDDERSEN, DAVID JOBES, TROY NELSON, AND BRIAN SANGER, individually and in their official capacities with the STATE OF IOWA, IOWA DEPARTMENT OF PUBLIC SAFETY, IOWA DIVISION OF CRIMINAL INVESTIIGATION,<br><br>   Defendants. | Case No. 24-146<br><br><br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL** |

**COME NOW**, Shannon Archer, Assistant Attorney General and hereby withdrawals as counsel on behalf of State of Iowa, Iowa Department of Public Safety, Iowa Division of Criminal Investigation, and Stephan Bayens, Paul Feddersen, David Jobes, Troy Nelson, and Brian Sanger, individually and in their official capacities

1

with the State of Iowa, Iowa Department of Public Safety, Iowa Division of Criminal Investigation ("State Defendants"). All Defendants continue to be represented by Assistant Attorney General Ryan Pell.

Respectfully submitted,

**BRENNA BIRD**
Attorney General of Iowa

*/s/ Shannon Archer*
SHANNON ARCHER

Assistant Attorneys General
Department of Justice
Hoover State Office Building, 2nd Floor
Des Moines, IA 50319
Ph:   (515) 281-8080
shannon.archer@ag.iowa.gov
ATTORNEY FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 22, 2024:

☐ U.S. Mail        ☐ FAX
☐ Hand Delivery    ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF System Participant (Electronic Service)

Signature: */s/ Jodi Watson*