# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| **EYIOMA UWAZURIKE, et al.,**<br>**PLAINTIFFS,**<br><br>vs.<br><br>**DAVID JOBES, et al.**<br>**DEFENDANTS.** | **CASE NO.: 24-146**<br><br>**MOTION TO WITHDRAW** |

**COMES NOW,** the undersigned counsel, Matthew M. Boles, and hereby states as follows:

1. The undersigned counsel is withdrawing as counsel for the Plaintiffs in this matter.

2. Christopher Stewart and Adam Witosky of Boles Witosky Stewart Law Firm and Van Plumb of Law Office of Van Plumb have appeared on behalf of the Plaintiffs and remain counsel of record

**WHEREFORE,** for the reasons stated above, counsel respectfully requests the Court grant this motion and allow the undersigned to withdraw from this matter.

Respectfully submitted,

**BOLES WITOSKY STEWART LAW PLLC**

BY: */s/ Matthew M. Boles*
Matthew M. Boles       AT0001037
2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone:   (515) 235-0551

                    Facsimile:   (515) 243-3696
                    Email: matt@bwsiowa.com
                    **ATTORNEY FOR PLAINTIFFS**

**PROOF OF SERVICE**

      The undersigned certifies that this instrument was **electronically filed** on CM/ECF on February 15, 2025. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

      Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

                    */s/ Tami Fairchild*