# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| EYIOMA UWAZURIKE, et al.,<br>PLAINTIFFS,<br><br>vs.<br><br>DAVID JOBES, et al.<br>DEFENDANTS. | CASE NO.: 24-146<br><br><br>MOTION TO WITHDRAW |

**COMES NOW,** the undersigned counsel, Adam C. Witosky, and hereby states as follows:

1.     The undersigned counsel is withdrawing as counsel for following Plaintiffs in this matter: Eyioma Uwazurike, Noah Shannon, Nelson Brands, Tony Cassioppi, Hunter Dekkers, Isaiah Lee, Dodge Sauser, DeShawn Hanika, Ahron Ulis, Aaron Blom, Jake Remsburg, Jeremiah Williams, Howard Brown, Keaton Anthony, Jacob Henderson, Gehrig Christensen, Benjamin Tallman, Abe Assad, Cobe Siebrecht, Cullan Shriever, Patrick Kennedy and Jake English.

2.     Van Plumb will remain counsel of record and Sandy Law Firm and Palmer Perlstein have appeared on behalf of the above-named Plaintiffs.

**WHEREFORE,** for the reasons stated above, counsel respectfully requests the Court grant this motion and allow the undersigned to withdraw from this matter.

Respectfully submitted,

**BOLES WITOSKY STEWART LAW PLLC**

BY:     */s/ Adam C. Witosky*
Adam C. Witosky   AT0010436

2015 Grand Avenue, Suite 200
Des Moines, Iowa 50312
Telephone: (515) 235-0551
Fax: (515) 243-3696
Email: adam@bwsiowa.com
**ATTORNEY FOR PLAINTIFFS**

**PROOF OF SERVICE**

    The undersigned certifies that this instrument was **electronically filed** on CM/ECF on April 15, 2025. Subject to the exceptions cited therein, Local Rule 5A provides this electronic filing, once electronically posted to the registered case party's CM/ECF account, constitutes service for purposes of the Federal Rules of Civil Procedure.

    Copies have been provided to all registered parties because once the document is posted, those parties can view and download the presented or filed document.

                               */s/ Tami Fairchild*