# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

Eyioma Uwazurike et al.

                                          **CIVIL NUMBER:   4:24-cv-00146-RGE-SBJ**

       Plaintiff(s),

v.                                          **JUDGMENT IN A CIVIL CASE**

David Jobes et al.

       Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**:

Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is Granted.  Defendants' Motion to Dismiss Intervenors' Complaint is Granted. Judgment is entered in favor of defendants against plaintiffs and intervenors.  Case closed.

Date:  November 7, 2025

                                                  CLERK, U.S. DISTRICT COURT

                                                  /s/  N. Allison

                                                  By: Deputy Clerk