# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| EYIMOA UWAZURIKE, NOAH SHANNON, NELSON BRANDS, TONY CASSIOPPI, HUNTER DEKKERS, ISAIAH LEE, DODGE SAUSER, DESHAWN HANIKA, AHRON ULIS, AARON BLOM, JAKE REMSBERG, HOWARD BROWN, KEATON ANTHONY, JACOB HENDERSON, GEHRIG CHRISTENSEN, BENJAMIN TALLMAN, ABE ASSAD, COBE SIEBRECHT, CULLAN SCHRIEVER, PATRICK KENNEDY, JAKE ENGLISH, AND JEREMIAH WILLIAMS,<br><br>PLAINTIFFS,<br><br>PANIRO JOHNSON, TERRY ROBERTS, BRENNAN SWAFFORD, COREY CABANBAN, CAMERON "CAM" JONES, SAMUEL SCHUYLER, CARTER SCHMIDT, NATHAN SCHON, DREW WOODLEY, JEREMIAH "TREY" MATHIS III, AND EVAN SCHUSTER,<br><br>INTERVENOR PLAINTIFFS,<br><br>vs.<br><br>BRIAN SANGER, CHRISTOPHER SWIGART, CHRISTOPHER ADKINS, PHILLIP KENNEDY, HEATHER DUENOW, DAVID JOBES, AND TROY NELSON,<br><br>DEFENDANTS. | CASE NO.: 4:24-cv-00146-RGE-SBJ<br><br><br><br>NOTICE OF APPEAL |

1

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Plaintiffs** Eyimoa Uwazurike, Noah Shannon, Nelson Brands, Tony Cassioppi, Hunter Dekkers, Isaiah Lee, Dodge Sauser, DeShawn Hanika, Ahron Ulis, Aaron Blom, Jake Remsberg, Howard Brown, Keaton Anthony, Jacob Henderson, Gehrig Christensen, Benjamin Tallman, Abe Assad, Cobe Siebrecht, Cullan Schriever, Patrick Kennedy, Jake English, and Jeremiah Williams and **Intervenor Plaintiffs** Paniro Johnson, Terry Roberts, Breannan Swafford, Corey Cabanban, Cameron "Cam" Jones, Samuel Schuyler, Carter Schmidt, Nathan Schon, Drew, Woodley, Jeremiah "Trey" Mathis III, and Evan Schuster and files this notice of intent to appeal the District Court's Judgment from November 7, 2025 (ECF 90), dismissing the case after this Court granted Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and Defendants' Motion to Dismiss Intervenors' Complaint. Plaintiffs and Intervenor Plaintiffs appeal to the Eighth Circuit Court of Appeals in St. Louis.

Respectfully submitted,

Date: November 13, 2025

/s/ James P. Roberts
James P. Roberts
**PALMER PERLSTEIN**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone: (214) 987-4100
Facsimile: (214) 922-9900
Email: james@palmerperlstein.com

**CERTIFICATE OF SERVICE**

I certify that on November 13, 2025, a copy of the foregoing instrument was served on all parties of record via the Court's CM/ECF filing system.

/s/ James P. Roberts
James P. Roberts